THEODORE HAEBLER, Appellant, *v.* GILBERT H. CRAWFORD, as Receiver of ROLAND STEEL COMPANY, INC., Respondent.

(Submitted February 8, 1932; decided February 16, 1932.)

Motion for reargument denied, without costs.

Motion to amend remittitur granted; return of remittitur requested, and when returned it will be amended

608

by deducting from the amount of the judgment the sum of $500 erroneously awarded under Civil Practice Act, section 323. (See 258 N. Y. 130.)